**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 16 2006

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY FORT, DENISE GALBRAITH,
CHRIS HESTER AND LAURA HESTER                                        PLAINTIFFS

V.                    NO. 4-05-CV00001840 GTE

ERC PROPERTIES, INC.;
ERC CONSTRUCTION GROUP, LLC;
AND SHERWOOD HOUSING ASSOCIATES
LIMITED PARTNERSHIP                                                  DEFENDANTS

### ORDER OF DISMISSAL

Upon joint motion of the parties and the Court having been advised that the instant case has been resolved, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

_____
JUDGE G. THOMAS EISELE

DATE: May 16, 2006


APPROVED AND STIPULATED TO BY:

_____          _____
Herbert C. Rule, III                     Micheal L. Alexander
Albert J. Thomas, III                    Perry L. Wilson
Attorneys for Plaintiffs                 Attorneys for Defendants
ROSE LAW FIRM, P.A.                      BARBER, McCASKILL, JONES & HALE, P.A.
120 E. 4th Street                        2700 Regions Center
Little Rock, AR 72201                    400 West Capitol Avenue
(501) 375-9131                           Little Rock, Arkansas 72201
                                         (501) 372-6175